# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157079 & (24)

JASON MAXEY and BETHANY MAXEY,
      Plaintiffs-Appellees,

v

BOTSFORD GENERAL HOSPITAL,
PROGRESSIVE HEALTH CARE, P.C.,
MICHAEL HAROUTUNIAN, D.O.,
WILLIAM RUDY, D.O., DAVID GREEN,
D.O., and WILLIAM BOUDOURIS, D.O.,
      Defendants,

and

GLENDALE NEUROLOGICAL
ASSOCIATES, P.C., and ROBERT
PIERCE, D.O.,
      Defendants-Appellants.
_____/

SC: 157079
COA: 341002
Oakland CC: 2015-148616-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 16, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2018

Clerk

d0130